IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEFF FEISEL,<br><br>Defendant. | No. CR 05-0047 |

## FINAL ORDER OF FORFEITURE

WHEREAS, on July 20, 2005, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1), based upon the defendant's guilty plea entered on June 17, 2005, in which defendant consented to the forfeiture of any interest he had or has in the firearms alleged to be subject to forfeiture under the Forfeiture Allegation of the May 10, 2005, Information;

AND WHEREAS, on November 17, 2005, November 24, 2005, and December 1, 2005, the United States published notice of the forfeiture in the *Tama News-Herald*, a newspaper of general circulation in the area the firearms were seized, and of the United States' intent to dispose of the property in accordance with the law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

AND WHEREAS, on or about December 9, 2005, Jeffrey Feisel, II, filed a claim for return of seized property for one of the firearms seized from his father, identified as

a Remington Model 700 .270 caliber with synthetic stock and stainless steel barrel, with scope, to include a Browning black shoulder sling.

AND WHEREAS, on March 22, 2006, a third-party evidentiary hearing was held before the Honorable John A. Jarvey, Chief Magistrate Judge, to hear the claim of Jeffrey Feisel, II.

AND WHEREAS, on March 22, 2006, Magistrate Jarvey entered a Report and Recommendation advising that the Remington Model 700 . 270 caliber firearm be returned to Jeffrey Feisel, II, if no objections were filed within 10 days of the date of the Report and Recommendation;

AND WHEREAS, no other third-party claims have been made for return of seized property against the firearms included in the Preliminary Order of Forfeiture entered on July 20, 2005.

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the right, title and interest to the hereinafter described property of the defendant named, is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

2. That the following property belonging to defendant Jeffrey Feisel, who is the subject of this Order, is hereby condemned and forfeited to the United States of America, as follows:

    (a)    a Browning .22 caliber rifle, SN 59560X71;
    (b)    a Norinco .223 caliber rifle, SN Q004846;
    (c)    a Ruger .243 caliber rifle, SN 70-20704;
    (d)    a Marlin .22 rifle, SN 23281808;
    (e)    a Western Arms .45 revolver, SN 50844;

(f) a Stevens Savage Arms over-under .22/.410;
(g) a CBC 20 gauge shotgun, SN 1587941;
(h) a Western Arms 16-gauge, double barrel, SN 32640;
(i) a 12-gauge shotgun, SN C82298E;
(j) a Browning Arms 12-gauge shotgun, SN 10768NN121;
(k) a Rossi .357 revolver, SN F384267;
(l) a Marlin .22 rifle, SN 01240228; and
(m) a Rohm .22 revolver, SN 1C171622

3. That the Remington .270 caliber rifle, SN S6229564 with synthetic stock and stainless steel barrel, with scope, and the Browning black shoulder bag be returned to Jeffrey Feisel, II.

4. That the Bureau of Alcohol, Tobacco, Firearms, and Explosives, is hereby authorized to dispose of the firearms identified in paragraph 2 of this Order.

4. That the United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order; and

5. That the Clerk of the Court shall forward three certified copies of this Order to the United States Attorney's Office, Attention: Assistant U.S. Attorney Martin J. McLaughlin.

Ordered this 20 day of April, 2006.

_____
Linda R. Reade
Judge, U.S. District Court
Northern District of Iowa